Before Honorable _____PRINCE_____

## CLERK'S MINTUES FOR *PLEA* PROCEEDINGS

USA vs __Francisco Melendez-Diaz__   No. CR __02-4501 M__
(Defendant)

__LC 02-77__

Date: __4/19/02__   Reporter/Tape: ~~V. ARRIETA~~   Clerk: __SILVA__

AUSA Present: __Alfred Perez__   Interpreter: __D. McNamara__

DEFENSE COUNSEL: __Robert Kinney__   (✓) Apptd. ( ) Retd.

Probation Officer(s) present: __George Navarro__

( ) Albuquerque (✓) Las Cruces ( ) Santa Fe ( ) Roswell   ___ Bench warrant ordered

---

✓ Defendant sworn

✓ Court questions Defendant regarding his/her physical and mental conditions

___ *Memorandum of Understanding* regarding plea agreement filed in Open Court

✓ *Information* filed

✓ Court advises Defendant of the charge and possible penalty:

Imprisonment: __6 months__   Fine: __$5,000__
Supervised Release: _____   SPA: __$10.00__

---

✓ Defendant enters plea of GUILTY to INFORMATION

___ Court finds Defendant competent to proceed

___ Sentencing to be set within 75 days, by a District Judge

✓ Defendant to remain in custody

___ Present *Conditions of Release* to continue

___ Presentence Report ordered

✓ Other: __Sentencing: 17 days; Time Served__
__SPA Waived.__

10.